The People of the State of New York and Others, Respondents, v. Julius Kaufmann, Appellant.— Appeal dismissed on call of calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.